UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHAUNTAYE HALL-COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| LINCOLN COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| J. Doe 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## *NOTICE OF REMOVAL*

COMES NOW, Defendant Lincoln County Sheriff's Department (improperly named), by and through counsel Robert T. Plunkert of Pitzer Snodgrass, P.C. and files this Notice of Removal of the above-entitled action to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. § 1441 and 1446, and for grounds hereof respectfully states as follows:

1. That the above-entitled action, now pending in the Circuit Court of Lincoln County, State of Missouri (25L6-CC00030) is a civil action at law brought by Plaintiff against Defendant and separate defendants J. Doe 1–10, to recover monetary refiled and other damages.

2. In Plaintiff's First Amended Petition, Plaintiff purports to allege, *inter alia*, "It is well established detainees have a right under the Fourteenth Amendment to have their serious medical needs attended to, and that jails have the duty to protect detainees from deliberate

indifference to their medical needs. Luckert v. Dodge County, 684 F.3d 808, 817 (8th Cir. 2012)." First Am. Pet. ¶ 27.

3.    That Federal District Courts have original jurisdiction over claims or rights "arising under the Constitution, treaties, or laws of the United States." 28 U.S.C. § 1441(c)(1)(A); 28 U.S.C. § 1331 (federal question jurisdiction). "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc., v. Williams*, 482 U.S. 386, 392 (1987).

4.    This Court has original jurisdiction over this action in as much as the Plaintiff purports to raise a claim based on a federal constitutional right (*see* 42 U.S.C. § 1983).

5.    In any civil action of which the Federal District Courts have original jurisdiction, "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

6.    That the action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1331, 1446.

7.    That this Notice of Removal is filed in this Court within thirty days of the Circuit Court for Lincoln County, Missouri's order granting leave that Plaintiff's First Amended Petition be deemed filed (October 9, 2025), which is the first pleading raising the above federal claims.

8.    A true and correct copy of Plaintiff's Complaint filed in the Circuit Court of Lincoln County, Missouri, is attached as Exhibit A.[1]

---

[1] Defendants will file a certified copy of the entire state court file after notification of this Notice of Removal is filed with the state court (Defendants will attach this to a Notice of Filing Notice of Removal).

WHEREFORE, Defendant prays this Honorable Court to accept jurisdiction of said action.

/s/ Robert T. Plunkert
Robert T. Plunkert  #62064MO
PITZER SNODGRASS, P.C.
Attorney for Defendant Lincoln County
Sheriff's Department ("improperly named")
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 20th day of October, 2025:

Jermaine Wooten
THE LEGAL SOLUTION GROUP
10250 Halls Ferry Road
St. Louis, Missouri 63136
Phone: 314-736-5770
jwooten@lsgstl.com
*Attorney for Plaintiff*

Charles H. Billings
BRUNTRAFER & BILLINGS, P.C.
168 N. Meramec Ave. Suite 400
Clayton, Missouri 63105
Phone: 314-646-0066
Fax: 314-646-0065
chb@law-stl.com
*Attorney for Defendants Lincoln County*
*Sheriff's Department and J. Does 1–10*

/s/ Phillip B. Schatz

3